AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ROBERT CSECH,

     Plaintiff,      JUDGMENT IN A CIVIL CASE

  v.

                           CASE NUMBER:  **3:15-cv-00615-MMD-VPC**

SHANNON MOYLE, et al.,

     Defendant(s).

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice based on Plaintiff's failure to file a fourth amended complaint in compliance with the Court's October 28, 2016 order.

     **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

    November 14, 2016                               **LANCE S. WILSON**
                                                            Clerk

                                                             /s/ K. Rusin
                                                             Deputy Clerk