UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT CSECH,<br><br>  Plaintiff,<br>v.<br><br>SHANNON MOYLE et al.,<br><br>  Defendants. | Case No. 3:15-cv-00615-MMD-VPC<br><br>ORDER |

After the Court dismissed this case with prejudice, Plaintiff filed a notice of appeal. (ECF No. 14, 16). Plaintiff now files a motion for notification as to whether this Court received the appellate filing fee for his appeal (ECF No. 19) and a motion for an extension of time to pay the filing fee for his appeal (ECF No. 20).

The Court denies Plaintiff's motion requesting notification of appellate filing fee to this Court (ECF No. 19). The Court did not receive Plaintiff's appellate filing fee. Plaintiff must file his appellate filing fee with the U.S. Court of Appeals for the Ninth Circuit.

The Court also denies Plaintiff's motion for an extension of time to file his appellate filing fee (ECF No. 20). Plaintiff must file a motion for an extension of time with the U.S. Court of Appeals for the Ninth Circuit. Plaintiff should file all matters pertaining to his appeal with the U.S. Court of Appeals for the Ninth Circuit.

For the foregoing reasons, it is ordered that the motion for request for notification (ECF No. 19) is denied.

It is further ordered that the motion to extend time (ECF No. 20) is denied.

DATED THIS 7th day of December 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE